FILED 26 JUN '12 16:32 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND   DIVISION

Dan Martin Thomas

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

State of Oregon, el al

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:11-CV-1560-st
*(to be assigned by Clerk of the Court)*

APPLICATION TO PROCEED
*IN FORMA PAUPERIS*

I, Dan Thomas declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☐ Yes ☒ No

    If "Yes" state the place of your incarceration: _____

    **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes ☒ No ☐ Self-employed

    a. If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

b.  If the answer is "No," state: *(Temp Agency)*
Name of last employer: Depaul Industries
Address of last employer: 4950 N.E. MLK Blvd Ptd 97211
Date of last employment: 6-8-2012
Amount of take-home salary or wages: $ 8⁸⁰ per hour *(specify pay period)*

3.  Is your spouse or significant-other employed? ☐ Yes ☒ No ☐ Self-employed ☐ Not applicable
    If the answer is "Yes," state:

    Employer's name: _____
    Employer's address: _____
    Amount of take-home pay or wages: $ _____ per _____ *(specify pay period)*

4.  In the past 12 months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment  ☐ Yes ☒ No
        If "Yes," state: Amount received: $ _____
        Amount expected in future: $ _____

    b.  Rent payments, interest, or dividends  ☐ Yes ☒ No
        If "Yes," state: Amount received: $ _____
        Amount expected in future: $ _____

    c.  Pensions, annuities, or life insurance payments  ☐ Yes ☒ No
        If "Yes," state: Amount received: $ _____
        Amount expected in future: $ _____

    d.  Disability or workers compensation payments  ☐ Yes ☒ No
        If "Yes," state: Amount received: $ _____
        Amount expected in future: $ _____

    e.  Gifts or inheritances  ☐ Yes ☒ No
        If "Yes," state: Amount received: $ _____
        Amount expected in future: $ _____

    f.  Any other sources  ☒ Yes ☐ No
        If "Yes," state: Source: Unemployment insurance
        Amount received: $ 118 a week
        Amount expected in future: $ 118 a week

5. Do you have cash or checking or savings accounts? ☒ Yes ☐ No
   (including prison trust accounts)?

   If "Yes," state the total amount: Checking 86.36 and Savings 55.30

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes ☒ No

   If "Yes," describe the asset(s) and state the value of each asset listed.

   _____
   _____
   _____
   _____
   _____

7. Do you have any other assets?  ☐ Yes ☒ No

   If "Yes," list the asset(s) and state the value of each asset listed.

   _____
   _____
   _____
   _____
   _____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?  ☒ Yes ☐ No

   If "Yes," describe and provide the amount of the monthly expense.
   Rent     555.00   a month
   Phone bill  -  40 month
   Bus Pass  -  $. 20 month     D.T.
   Child support  -  410                 a month

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   _____
   _____
   _____
   _____
   _____

10. Do you have any debts or financial obligations?  ☒ Yes  ☐ No

If "Yes," describe the amounts owed and to whom they are payable.
Child support, to the State of Oregon
Back Support - 2022.11 "I owe"
Payments 40⁰⁰ dollars a month

If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).

I declare under penalty of perjury that the above information is true and correct.

6-26-12
DATE

_Dan Thomas_
SIGNATURE OF APPLICANT

Dan Thomas
PRINTED NAME OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration.)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

_____        _____
        DATE                     SIGNATURE OF AUTHORIZED OFFICER